UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RICARD WALTER TAYLOR,

       Petitioner,

Case No. 1:18-cv-809

v.

Honorable Paul L. Maloney

GREGORY SKIPPER,

       Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why he is entitled to a stay of these proceedings. If Petitioner fails to meet the requirements for a stay or fails to timely comply with the Court's order, the Court will review only his exhausted claims. In the alternative, Petitioner may file an amended petition setting forth only his exhausted claims.

Dated: September 28, 2018             /s/ Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge