UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

RICARD WALTER TAYLOR,

    Petitioner,

v.

GREGORY SKIPPER,

    Respondent.

_____/

Case No. 1:18-cv-809

Honorable Paul L. Maloney

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: November 30, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge